# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHAD HUGHES

VERSUS

CONNIE HARGRAVE AND SARWAT
GAD

NO.   2025 CW 1269

**DECEMBER 15, 2025**

---

In Re:    Sarwat Gad, M.D. and Connie Hargrave, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 751774.

---

BEFORE:   **THERIOT, PENZATO, AND BALFOUR, JJ.**

   **STAY DENIED; WRIT DENIED.**

                         MRT
                         AHP
                         KEB


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT